AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Newport News Division

| | |
|---|---|
| United States of America<br>v.<br><br>BRYCEN SCOTT BEAL<br><br>Defendant | )<br>) Case No. 4:23-mj-02<br>) FJD: 11578061<br>) ATF<br>) |

**ORIGINAL**

FILED IN OPEN COURT
JUL 27 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## ARREST WARRANT

To:      Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   BRYCEN SCOTT BEAL  , who is accused of an offense or violation
based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Robbery Affecting Interstate Commerce, in violation of 18 U.S.C. § 1951(a)
Discharge a Firearm During a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(iii)

Date: July 27, 2023                                             _____
                                                                                 Issuing officer's signature

City and state:   Norfolk, Virginia                 The Honorable Lawrence R. Leonard, U.S. Magistrate Judge
                                                                                 Printed name and title

---

**Return**

This warrant was received on (date) July 27, 2023, and the person was arrested on (date) July 27, 2023
at (city and state) Newport News, Virginia.

Date: _____                                      _____
                                                                                 Arresting officer's signature

                                                                       ATF TFO Glenn Marshall
                                                                                 Printed name and title